[No. 15020-8-III.    Division Three.    June 12, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. CHUCK G. SOLLINGER, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-1-00098-4, Carol A. Wardell, J., entered June 5, 1995. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 15210-3-III.    Division Three.    June 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GAYLE L. REEVES, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 95-1-00008-0, Tom Reynolds, J., entered September 29, 1995. *Reversed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[Nos. 18727-2-II; 20708-7-II.    Division Two.    June 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN CRAIG SPANGLER, *Appellant*.

*In the Matter of the Personal Restraint of* MARTIN CRAIG SPANGLER, *Petitioner*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00200-4, Milton R. Cox, J., entered October 4, 1994, together with a petition for relief from personal restraint. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Armstrong, J.